James N. Litsey, appellant, v. Eric E. Skoglund, appellee. Gen. No. 24,849.

Action by real estate broker to recover commissions. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Harry C. Moran, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed December 2, 1919.

Mathias & Sullivan, for appellant. Joseph M. Griffen, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Louis Rice, plaintiff in error. Gen. No. 24,882.

Prosecution for violation of J. & A. Stat. ¶ 10599, for failure to keep hotel register. Judgment of guilty. Error to the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed. Opinion filed December 2, 1919.

Maurice J. Slater, for plaintiff in error. Maclay Hoyne and Edward E. Wilson, for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.

---

Andrew F. Hughes, appellee, v. St. Bernard's Hotel Dieu, appellant. Gen. No. 24,832.

Action to recover balance due for plans and specifications furnished by plaintiff. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed. Opinion filed December 2, 1919.

Hugh O'Neill and M. H. Hoey, for appellant. Edward R. Hartigan, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Lee C. Snyder, appellee, v. Chicago Railways Company and Chicago City Railway Company, appellants. Gen. No. 24,846.

Action to recover for personal injuries in collision between street car and automobile which plaintiff was driving. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Charles M. Walker, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed with finding of fact. Opinion filed December 2, 1919.

Watson J. Ferry and Thomas J. Symmes, for appellants; W. W. Gurley and J. R. Guilliams, of counsel. James J. Gaughan and Freeman K. Blake, for appellee.

Mr. Justice Gridley delivered the opinion of the court.